Argued and submitted February 7, affirmed November 12, 1992

## STATE OF OREGON,
### *Respondent,*

*v.*

## ERIC DUANE JOHNSON,
### *Appellant.*

### (C89-04-31954; CA A69110)

841 P2d 646

Martin W. Reeves, Portland, argued the cause for appellant. With him on the brief was Reeves, Kahn & Eder, Portland.

Diane S. Lefkow, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *State v. Johnson (A69111),* 116 Or App 252, 841 P2d 643 (1992).